homa granted. *Mr. Henry B. Martin* and *Mr. Richard Clyde Allen* for petitioners. *Mr. Malcolm E. Rosser* for respondents.

---

No. 625. SEABOARD AIR LINE RAILWAY COMPANY *v.* J. J. GRAY. November 4, 1918. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina granted. *Mr. Jo-Berry S. Lyles* for petitioner. *Mr. Fred H. Dominick* and *Mr. Wallace D. Connor* for respondent.

---

No. 599. MINERALS SEPARATION, LIMITED, ET AL. *v.* BUTTE & SUPERIOR MINING COMPANY. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Henry D. Williams, Mr. William Houston Kenyon, Mr. Lindley M. Garrison, Mr. Frederic D. McKenney, Mr. Garret W. McEnerney* and *Mr. Odell W. McConnell* for petitioners. *Mr. Thomas F. Sheridan, Mr. Frederick P. Fish, Mr. J. Edgar Bull, Mr. J. Bruce Kremer, Mr. Kurnal R. Babbitt* and *Mr. T. L. Chadbourne* for respondent.

---

No. 691. BARBER ASPHALT PAVING COMPANY *v.* WILLIAM H. WOERHEIDE ET AL. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Joseph C. Fraley* and *Mr. Henry N. Paul* for petitioner. *Mr. George F. Haid* for respondents.